No. 826. ALONSO *v.* MAYMÍ.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción para desestimar la apelación. Resuelto en marzo 5, 1912. Desesti-

mada la apelación por tener la resolución apelada el carácter de una providencia especial dictada después de sentencia definitiva y no aparecer interpuesto el recurso dentro de los 10 días que determina el párrafo 3°. del artículo 295 del Código de Enjuiciamiento Civil. Abogado del promovente: *Sr. Manuel F. Rossy.* Abogado de la parte contraria: *Sr. E. B. Wilcox.*